FILED 12 JAN '23 10:42 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Ryan Ronald Brown
#697319
*(Enter full name of plaintiff)*

Plaintiff,

v.

MCDC Medical, Leslie (RN),
Deputy Garcia (female),
Multnomah County Sheriff's Department
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:23-cv-00059-AR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes     ☐No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: Ryan Ronald Brown #697319
Street Address: 4570 SE Avery Ln #C-15
City, State & Zip Code: Lacey WA 98503
Telephone No.: 360-559-9245

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: Leslie (R N) (at MCDC medical)

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**    Name: Deputy Garcia (female deputy)

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**    Name: MCDC Medical

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**    Name: Multnomah County Sheriffs office

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Violation of Eighth & Fourteenth Amendments,
Violation of HIPPA Act, medical malpractice,
deliberate indifference, cruel and unusual punishment, mental anguish.

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the __facts__ of your case. Describe how each defendant
was involved, when the conduct occurred, and any injuries you have suffered as a result.
It is not necessary to give any legal arguments or cite any cases or statutes.*

On 11-16-22 Deputy Garcia THOUGHT I deverted my meds for
medication. She even said she has no proof but said her suspission is enough
She called medical and they told her ALL of my medical info
without my permission in any way. On 11-17-22 I went to get my
meds and they said I was discontinued. I asked why and they said
that Deputy Garcia took me cellery in without any argument
or issues as me been guilty. I was goin thru withdrawals
because the medication I was taking for 25 days was Saboxone.
Which is a opioid and REQUIRES a taper, not immediately taken off
Even without proof they said thinking I deviates good enough.
I went through painful withdrawals for over a week. The Deputy did medical Rx
used cruel and unusual punishment, deliberate indifference, medical malpractice, violated
HIPPA, and put me through mental anguish Claim II for no reason and with no proof.

### Claim II

*State here as briefly as possible the __facts__ of your case. Describe how each defendant
was involved, when the conduct occurred, and any injuries you have suffered as a result.
It is not necessary to give any legal arguments or cite any cases or statutes.*

I was put through mental and physical anguish because Deputy
Garcia "thought" I diverted my meds and Lesire the RN from MCDC

Complaint for Violation of Civil Rights (Prisoner Complaint)                    3
[Rev. 01/2018]

medical refused to at least give me a taper so I can ween off of the medication so I dont have to go through painful and embarassing withdrawals. I was crying, throwing up, pissen myself, and not able to eat because medical refused to help me in any way. Due to the fact that it is an opiate, they KNEW I was going through withdrawals and every Kyte or grievence I felt stating I wanted at least a taper was ignored and pushed off.

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)     4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Wherefore I, the plaintiff, respectfully pray that this can enter judgement: granting plaintiff a declaration that the acts and ommissions described herein violate his rights under the Constitution, Laws, and ACTS of the United States and protocol of the jail. And granting Mr. Brown compensatory damages in the amount of $4,000,00 (4 million) against the Multnomah County Jail facility, Deputy Garcia, RN Leslie of MCDC medical, and MCDC medical Department. Plaintiff also seeks punitive damages in the amount of $1,000,000 (1 million). Plaintiff also seeks the cost in this suite and any additional relief this court deems just, propper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of December , 20 22.

*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)          5
[Rev. 01/2018]

# AFFIDAVIT OF INCARCERATION

I, Ryan Ronald Brown, do swear under penalty of perjury that the following is true complete and correct:

At the time of filing this complaint. I was in the coustody of the Multnomah County Sheriffs Office at MCDC.
Multnomah County Detention Center

And I am still in the coustody of the Multnomah County Sheriff's office on 1/9/2023 @ 9:00 pm

I Ryan Ronald Brown do swear the above is true, complete and correct under the penalty of perjury.

Signed on the date of January 9th 2023
Ryan Ronald Brown
swiss # 697319