IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN RONALD BRONW,

    Plaintiff,

v.

LESLIE RN, et al.

    Defendants.

Case No. 3:23-cv-00059-AR

**JUDGMENT**

**NELSON, Judge.**

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

The Court certifies that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

    DATED this  12   day of July, 2023.

                                     Adrienne Nelson
                                     United States District Judge